**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SHILOH HOOD, an individual, | No.  C 06-00024 SBA |
| Plaintiff, | No.  C 07-00656 SBA |
| v. | **ORDER** |
| THE TERMINIX INTERNATIONAL COMPANY, L.P., a Delaware limited partnership, | |
| Defendant. | |
| CHRISTOPHER ROY, individually and on behalf of all others similarly situated, and on behalf of the general public, | |
| Plaintiff, | |
| v. | |
| TERMINIX INTERNATIONAL, INC., a Delaware corporation, et al. | |
| Defendants. | |

This matter having been stayed, pending arbitration proceedings, *see* Docket Nos. 73 in C-06-0024, 9 in C-07-0656, the parties are directed to provide status reports to the Court, every 90 calendar days, with the first report due on June 16, 2008.

IT IS SO ORDERED.

June 3, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge