| | |
|---|---|
| 1 | **CHAVEZ & GERTLER LLP** |
| 2 | Jonathan E. Gertler, Esq. SBN: 111531 |
|   | Joseph Igelmund, Esq. SBN: 52493 |
| 3 | 42 Miller Avenue |
|   | Mill Valley, California 94941 |
| 4 | Tel: (415) 381-5599; Fax: (415) 381-5572 |
| 5 | Attorneys for Plaintiffs Shiloh Hood and |
|   | Christopher Roy, individually and on behalf of |
| 6 | all those similarly situated |
| 7 | *Additional Counsel Listed on Signature Page* |
| 8 | **WINSTON & STRAWN LLP** |
|   | Lee T. Paterson, SBN 81004 |
| 9 | Amanda C. Sommerfield, SBN |
|   | 333 South Grand Avenue, 38th Floor |
| 10 | Los Angeles, CA 90071 |
|    | Tel: (213) 615-1700; Fax: (213) 651-1750 |
| 11 | |
|    | Attorneys for Terminix International Company, L.P. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILOH HOOD individually and on behalf of all others similarly situated, and on behalf of the general public | Case No. C 06-00024 SBA |
| | Case No. C 07-00656 SBA |
| Plaintiffs, | CLASS ACTION |
| vs. | **JOINT REPORT CONFIRMING COMPLETION OF ARBITRATION AND REQUEST FOR DISMISSAL** |
| TERMINIX INTERNATIONAL COMPANY, L.P., a Delaware limited partnership; and DOES 1-20, | HOOD COMPLAINT: 12-5-05 |
| Defendants. | ROY COMPLAINT: 8-10-06 |
| CHRISTOPHER ROY, individually and on behalf of all others similarly situated, and on behalf of the general public | |
| Plaintiffs, | |
| vs. | |
| TERMINIX INTERNATIONAL, INC., a Delaware corporation; TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1

JOINT REPORT AND REQUEST FOR DISMISSAL

Pursuant to the Order of this Court dated July 23, 2007, the parties have completed arbitration and a final order by the Arbitrator, the Honorable James Warren (Ret.), has been issued. In accordance with the final order issued by the Arbitrator, the parties request the case *Hood v. Terminix International Company, L.P.* (Case No. C 06-00024 SBA) be dismissed with prejudice, and *Roy v. Terminix International, Inc.* (Case No. Case No. C 07-00656 SBA) be dismissed without prejudice.

IT IS SO STIPULATED.

Dated: October 10, 2008

WINSTON & STRAWN, LLP

By: *[signature: Amanda Sommerfeld MNB 10/14/08]*
Amanda C. Sommerfeld
Attorneys for Defendant,
The Terminix International Company, LLP

Dated: October 14, 2008

BROWNSTEIN THOMAS LLP

By: *[signature]*
Mark C. Thomas
Attorneys for Plaintiffs Shiloh Hood, Christopher Roy and the Class

1      Good cause appearing, IT IS HEREBY ORDERED that Hood v. Terminix International
2  Company, L.P. (Case No. C 06-00024 SBA) be dismissed with prejudice, and Roy v. Terminix
3  International, Inc. (Case No. Case No. C 07-00656 SBA) be dismissed without prejudice.
4  DATED: 10/17/08

                                                */s/ Saundra B. Armstrong*
                                        SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE

**LANGFORD & LANGFORD, APLC**
Michael S. Langford, SBN 125756
1502 North Broadway
Santa Ana, California 92706
Tel: (714) 953-9700; Fax: (714) 953-9797

**WALSH & WALSH, PC**
Michael J. Walsh, Esq. SBN 155401
420 Exchange, Suite 270
Irvine, California 92602
Tel: (714) 544-6609; Fax: (714) 544-6621

**BROWNSTEIN THOMAS, LLP**
Mark C. Thomas (SBN: 215580)
220 Montgomery Street, Suite 876
San Francisco CA 94104
Tel: (415) 951-4878; Fax: (415) 951-4885

**LAW OFFFICE OF ROBERT W. SKRIPKO, JR., APLC**
Robert W. Skripko, Jr., SBN 151226
1323 N. Broadway, 2nd Floor
Santa Ana, CA 92706
Tel: (714) 543-6200; (714) 543-6140